# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

CHARLES C CARELLA
BRENDAN T BYRNE
PETER G STEWART
ELLIOT M OLSTEIN
ARTHUR T VANDERBILT, II
JAN ALAN BRODY
JOHN M AGNELLO
CHARLES M CARELLA
JAMES E CECCHI

JAMES D CECCHI (1933-1995)
JOHN G GILFILLAN III (1936-2008)

JAMES T BYERS
DONALD F MICELI
A RICHARD ROSS
KENNETH L WINTERS
JEFFREY A COOPER
CARL R WOODWARD, III
MELISSA E FLAX
DENNIS F GLEASON
DAVID G GILFILLAN
G GLENNON TROUBLEFIELD
BRIAN H FENLON
KHOREN BANDAZIAN
LINDSEY H TAYLOR

**5 BECKER FARM ROAD**
**ROSELAND, N.J. 07068-1739**
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

RICHARD K MATANLE, II
FRANCIS C HAND
AVRAM S EULE
RAYMOND W FISHER

OF COUNSEL

RAYMOND J LILLIE
WILLIAM SQUIRE
ALAN J GRANT*
MARC D MICELI
RAYMOND E STAUFFER*
STEPHEN R DANEK
ERIC MAGNELLI
DONALD ECKLUND
VINCENZO M MOGAVERO
AUDRA PETROLLE
*MEMBER N Y BAR ONLY

March 15, 2011

*Via ECF and Federal Express*
William T. Walsh, Clerk
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

> Re:  *Teamsters-Employers Local 945 Pension Fund and Trustees of Teamsters-Employers Local 945 Pension Fund v. Waste Management of New Jersey, Inc.*
> Case No. 11-00902(FSH)(PS)

Dear Mr. Walsh:

This firm, together with Schulte, Roth & Zabel, LLP, represents Plaintiffs Teamsters-Employers Local 945 Pension Fund and Trustees of Teamsters-Employers Local 945 Pension Fund ("Local 945"), in connection with the above referenced matter.

Pursuant to Local Civil Rule 7.1(d)(5), Local 945 hereby invokes the automatic extension with respect to Defendant's motion to dismiss (DE 10), which motion is currently returnable on April 4, 2011.

As a result of the automatic extension, the new return date is April 18, 2011. Local 945 shall file its opposition no later than April 4, 2011. Any reply papers would consequently be due no later than April 11, 2011.

Thank you for your attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

/s/ *Melissa E. Flax*

MELISSA E. FLAX

So Ordered. March 16, 2011.

Hon. Faith S. Hochberg, USDJ

MEF
Cc:   All Counsel of Record (via ECF)