John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Ronald E. Richman
Jaimie C. Davis
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND<br><br>-and-<br><br>TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND<br><br>    Plaintiffs,<br><br>v.<br><br>WASTE MANAGEMENT OF NEW JERSEY, INC.<br><br>    Defendant. | Case No. 2:11-cv-00902(FSH)(PS)<br><br>*Electronically Filed*<br><br>**REQUEST FOR ELECTRONIC NOTICE** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If the admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of Court.

CARELLA, BYRNE, CECCHI, OLSTEIN,<br>BRODY & AGNELLO

Dated: March 18, 2010　　　　By:　/s/ Melissa E. Flax　　　
　　　　　　　　　　　　　　　　　　MELISSA E. FLAX

*PRO HAC VICE* ATTORNEY INFORMATION:

Name:　　Ronald E. Richman

Address:　Schulte, Roth & Zabel, LLP
　　　　　919 Third Avenue
　　　　　New York, NY  10022

E-Mail:　　ronald.richman@srz.com