John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Ronald E. Richman
Jaimie C. Davis
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND<br><br>-and-<br><br>TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND<br><br>    Plaintiffs,<br><br>v.<br><br>WASTE MANAGEMENT OF NEW JERSEY, INC.<br><br>    Defendant. | Case No. 2:11-cv-00902(FSH)(PS)<br><br>*Electronically Filed*<br><br>**REQUEST FOR ELECTRONIC NOTICE** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If the admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of Court.

|  |  |
|---|---|
|  | CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO |
| Dated: March 18, 2010 | By: /s/ Melissa E. Flax<br>MELISSA E. FLAX |

*PRO HAC VICE* ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | Jaimie C. Davis |
| Address: | Schulte, Roth & Zabel, LLP<br>919 Third Avenue<br>New York, NY 10022 |
| E-Mail: | Jaimie.Davis@srz.com |