**LITTLER MENDELSON**
A Professional Corporation
One Newark Center – 8th Floor
Newark, New Jersey 07102
(973) 848-4700
Attorneys for Defendant
Waste Management of New Jersey, Inc.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND, <br><br> *-and-* <br><br> TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND, <br><br>              Plaintiffs, <br><br> vs. <br><br> WASTE MANAGEMENT OF NEW JERSEY, INC., <br><br>              Defendant. | Civil Case No. 2:11-cv-00902 (FSH)(PS) <br><br> **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEYS TO RECEIVE ELECTRONIC NOTIFICATION** |

   This Request is hereby made by local counsel, Frank A. Custode, Esq., for *pro hac vice* counsel, Susan Katz Hoffman, Esq., Deidre A. Grossman, Esq. and Thomas J. Bender, Esq., to receive electronic notification in the instant matter, and it is represented that:

   1.   On March 7, 2011, the Court entered an Order granting Susan Katz Hoffman, Esq. and Deidre A. Grossman, Esq. *pro hac vice* admissions in this matter;

   2.   On March 14, 2011, the Court entered an Order granting Thomas J. Bender, Esq. *pro hac vice* admission in this matter;

3. Pursuant to Local Civil Rule 101.1(c)(3), each *pro hac vice* counsel has made payment of the Admission Fee of $150.00 to the Clerk of the Court; and

4. Pursuant to N.J. Court Rule 1:28-2, each *pro hac vice* counsel has made payment to the New Jersey Lawyer's Fund for Client Protection of $204.00 for the 2011 Assessment.

Dated:  March 18, 2011              /S/   FRANK A. CUSTODE
                                    FRANK A. CUSTODE

### *PRO HAC VICE* ATTORNEYS' INFORMATION:

**Name:**       Susan Katz Hoffman, Esq.
**Address:**    Littler Mendelson, P.C.
                1601 Cherry Street – 8th Floor
                Philadelphia, Pennsylvania 19102
**Telephone:**  267.402.3000
**E-Mail:**     shoffman@littler.com


**Name:**       Deidre A. Grossman, Esq.
**Address:**    Littler Mendelson, P.C.
                900 Third Avenue – 8th Floor
                New York, New York 10022
**Telephone:**  212.583.9600
**E-Mail:**     dgrossman@littler.com


**Name:**       Thomas J. Bender, Esq.
**Address:**    Littler Mendelson, P.C.
                1601 Cherry Street – Suite 1400
                Philadelphia, Pennsylvania 19102
**Telephone:**  267.402.3000
**E-Mail:**     tbender@littler.com

Firmwide:100499024.1 046621.1206