John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068-1739

Ronald E. Richman
Jaimie C. Davis
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

*Counsel for Plaintiffs Teamsters-Employers
Local 945 Pension Fund and Trustees of
Teamsters-Employers Local 945 Pension Fund*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x

| | |
|---|---|
| TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND<br><br>and<br><br>TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND<br><br>    Plaintiffs,<br><br>vs.<br><br>WASTE MANAGEMENT OF NEW JERSEY, INC.<br><br>    Defendant. | Case No. 2:11-CV-00902 FSH-PS<br><br>**PLAINTIFFS' NOTICE OF CROSS-MOTION FOR A STAY OF THE ARBITRATION** |

------------------------------------------------------------x

To: Frank A. Custode
Susan Katz Hoffman
Deidre A. Grossman
**LITTLER MENDELSON**
A Professional Corporation
One Newark Center - 8th Floor
Newark, New Jersey 07102
Attorneys for Defendant

**PLEASE TAKE NOTICE** that on April 18, 2011, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiffs, Teamsters-Employers Local 945 Pension Fund and Trustees of Teamsters-Employers Local 945 Pension Fund, will cross-move before the Honorable Faith S. Hochberg, U.S.D.J., located at the United States District Court for the District of New Jersey, M.L. King, Jr. Federal Building & Courthouse, Newark, New Jersey, for an Order granting Plaintiffs' Cross-Motion for a Stay of the Arbitration and denying Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of the within cross-motion, the undersigned attorneys for Plaintiffs will rely on its memorandum of law and Declaration of Jaimie C. Davis, Esq.

A proposed form of Order is submitted herewith.

Dated:       April 4, 2011

        CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

        By: _/s/ Melissa E. Flax_

        John M. Agnello
        Melissa E. Flax

        5 Becker Farm Road
        Roseland, New Jersey 07068-1739
        (973) 994-1700

        *Of Counsel:*

        SCHULTE ROTH & ZABEL LLP
        Ronald E. Richman
        Jaimie C. Davis

        919 Third Avenue
        New York, New York 10022
        (212) 756-2000

        *Attorneys for Plaintiffs Teamsters Employers Local 945 Pension Fund and Trustees of Teamsters-Employers Local 945 Pension Fund*