John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068-1739

Ronald E. Richman
Jaimie C. Davis
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

*Counsel for Plaintiffs Teamsters-Employers
Local 945 Pension Fund and Trustees of
Teamsters-Employers Local 945 Pension Fund*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------x

| | | |
|---|---|---|
| TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND, | : : : | Case No. 2:11-CV-00902 FSH-PS |
| and | : : | |
| TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND, | : : : | **ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND GRANTING PLAINTIFFS' CROSS-MOTION FOR A STAY OF THE ARBITRATION** |
| Plaintiffs, | : : | |
| vs. | : : | |
| WASTE MANAGEMENT OF NEW JERSEY, INC., | : : : | |
| Defendant. | : | |

------------------------------------------------------------------x

**THIS MATTER** having been opened to the Court by Littler Mendelson, P.C. (Frank A. Custode, Esq.), attorneys for Defendant, Waste Management of New Jersey, Inc., on notice to Carella, Bryne, Cecchi, Olstein, Brody & Agnello, P.C., attorneys for Plaintiffs, for an Order dismissing the within action, and by way of cross-motion by Plaintiffs, on notice to Defendant, for an Order staying the withdrawal liability arbitration; and the Court having considered the papers submitted, heard the argument of counsel, if any, and for good cause shown;

**IT IS** on this _____ day of _____, 2011;

**ORDERED** as follows:

1. Plaintiffs' Cross-Motion for a stay of the withdrawal liability arbitration be and is hereby granted.

2. Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) be and is hereby denied with prejudice.

_____
Hon. Faith S. Hochberg, U.S.D.J.