John M. Agnello
Melissa E. Flax
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068-1739

Ronald E. Richman
Jaimie C. Davis
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

*Counsel for Plaintiffs Teamsters-Employers
Local 945 Pension Fund and Trustees of
Teamsters-Employers Local 945 Pension Fund*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
TEAMSTERS-EMPLOYERS LOCAL 945
PENSION FUND

    and

TRUSTEES OF TEAMSTERS-EMPLOYERS
LOCAL 945 PENSION FUND

    Plaintiffs,

    vs.

WASTE MANAGEMENT OF
NEW JERSEY, INC.

    Defendant.
---------------------------------------------------------------x

Case No. 2:11-CV-00902 FSH-PS

**CERTIFICATE OF SERVICE**

I, Melissa E. Flax, hereby certify that I caused a true and correct copy of Notice of Cross-Motion for Stay of the Arbitration, Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6) and in Support of Plaintiffs' Cross-Motion for a Stay of the Arbitration, Declaration of Jaimie C. Davis in Support of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6) and in Support of Plaintiffs' Cross-Motion for a Stay of the Arbitration and proposed form of Order to be served via the Court's electronic filing system (ECF) and email upon:

>Frank A. Custode
>Matthew J. Hank
>Littler Mendelson, P.C.
>A Professional Corporation
>One Newark Center, 8th Floor
>Newark, New Jersey 07102
>FCustode@littler.com
>mhank@littler.com

Dated: February 15, 2011

*/s/ Melissa E. Flax*
MELISSA E. FLAX