**LITTLER MENDELSON**
A Professional Corporation
One Newark Center – 8th Floor
Newark, New Jersey  07102
(973) 848-4700
Attorneys for Defendant
Waste Management of New Jersey, Inc.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND, <br><br> -and- <br><br> TRUSTEES OF TEAMSTERS-EMPLOYERS LOCAL 945 PENSION FUND, <br><br> Plaintiff, <br><br> vs. <br><br> WASTE MANAGEMENT OF NEW JERSEY, INC., <br><br> Defendant. | Civil Case No. 2:11-cv-00902 (FSH)(PS) <br><br> **REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATION** <br><br> *VIA ECF* |

Request is hereby made by FRANK A. CUSTODE, ESQ., counsel for Defendant Waste Management of New Jersey, Inc., in the above-captioned matter, to withdraw from electronic notification in the within case, and it is represented that, effective July 1, 2011, the undersigned will no longer be associated with the firm of Littler Mendelson, P.C.

Frank A. Custode, Esq.
LITTLER MENDELSON, P.C.
One Newark Center – 8th Floor
Newark, New Jersey 07102
973-848-4700
fcustode@littler.com

**LITTLER MENDELSON, P.C.**
Attorneys for Defendant
Waste Management of New Jersey, Inc.

Dated: June 29, 2011            By:     s/ Frank A. Custode
                                              Frank A. Custode

Firmwide:102368644.1 046621.1206